CHIEF JUDGE ROBERT LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-213L |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| ELDON M. MADDEN, | ) | JOINT MOTION CONTINUING |
| Defendant. | ) | PRETRIAL MOTIONS DUE DATE |

THE COURT having considered the parties' joint motion to continue the pretrial motions date hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance of the pretrial motions date and that a continuance is necessary to insure effective trial preparation.

//
//

(PROPOSED) ORDER GRANTING
JOINT MOTION CONTINUING DUE DATE OF PTM's
(Eldon Madden; #CR05-213L)          1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1 //

2     IT IS THEREFORE ORDERED that the time within which pretrial motions must

3 be filed in this case is extended from June 23, 2005 to July 7, 2005. Responsive briefs

4 are due July 20, 2005.

5     DONE this 20th day of June 2005.

                                                                                _/s/ Robert S. Lasnik_
                                                                                Robert S. Lasnik
                                                                                United States District Judge

Presented by:

s/ Brian Tsuchida
WSBA No. 14886
Attorney for Defendant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Brian _Tsuchida@fd.org

*Telephonic Approval*

s/Leonie Grant
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA  98101-1271

---

(PROPOSED) ORDER GRANTING
JOINT MOTION  CONTINUING DUE DATE OF PTM's
(Eldon Madden; #CR05-213L)    2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100